Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

08 JUN 16 PM 3:20

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

DEPUTY

Magistrate Case Number: '08 MJ 1858

The person charged as Jarrett Lee Harrison now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Central District of California with Access Device Fraud, in violation of Title 18 U.S.C. section 1029(a)(2).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 6/16/08.

[signature]

SA Greg F. Becker
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: June 16, 2008

[signature]

Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>JARRETT LEE HARRISON<br>Defendant(s) | CASE NUMBER:<br>CR08-00488<br>WARRANT FOR ARREST<br>UNDER SEAL |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JARRETT LEE HARRISON
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information ☐Order of Court ☐Probation Violation Petition ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Fraudulent Use of an Unauthorized Access Device**

in violation of Title 18: United States Code, Section(s) 1029(a)(2):

| | |
|---|---|
| Sherri R. Carter<br>NAME OF ISSUING OFFICER | April 25, 2008 LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | |
| DONNAMARIE LUENGO<br>SIGNATURE OF DEPUTY CLERK | BY: ROSALYN M. CHAPMAN<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>JARRETT LEE HARRISON<br>Defendant(s) | CASE NUMBER:<br>CR |
| | WARRANT FOR ARREST<br>UNDER SEAL |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1985 | PLACE OF BIRTH: | | SOCIAL SECURITY NO. | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | | AUTO LICENSE NO. | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | LAST KNOWN EMPLOYMENT: | | | |
| FBI NUMBER:<br>ADDITIONAL INFORMATION: | | | | | | |
| INVESTIGATIVE AGENCY NAME: | | | INVESTIGATIVE AGENCY ADDRESS: | | | |

NOTES:

WARRANT FOR ARREST

FILED

2008 APR 25 PM 3:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____________

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JARRETT LEE HARRISON, Defendant. | CR No. 08-08-00488<br>I N D I C T M E N T<br>[18 U.S.C. § 1029(a)(2): Fraudulent Use of an Unauthorized Access Device] |

The Grand Jury charges:

[18 U.S.C. § 1029(a)(2)]

Beginning on or about April 17, 2006, and ending on or about May 9, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant JARRETT LEE HARRISON, knowingly and with intent to defraud, used unauthorized access devices, namely, Citi Mastercard credit card number XXXX-XXXX-XXXX-9469 in the name of S. Carson, and Oregonians Credit Union

///

CKL:ckl

debit card number XXXX-XXXX-XXXX-8019 in the name of L. Brown, and by such conduct obtained things of value aggregating at least $1,000 during that period, with said use having an effect on interstate and foreign commerce.

A TRUE BILL

/S/

Foreperson

THOMAS P. O'BRIEN
United States Attorney

Christine C. Ewell

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement
Task Force

CHRISTOPHER K. LUI
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force