MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
TUESDAY, JULY 1, 2008

HON. NITA L. STORMES DEPUTY CLERK: G. PERRAULT TAPE# NLS08-9:47 TO 9:57

08MJ1858-NLS USA VS JARRETT LEE HARRISON [1]

ATTY: KAY L. SUNDAY (CJA) [1]

AUSA: TARA MCGRATH

**REMOVAL/ID HEARING**

======================================================================

DFT SUBMIT'S WAIVER OF HEARING
DFT WAIVES IDENTITY HEARING AND ADMITS IDENTITY.
DFT IS ORDERED REMOVED TO THE CENTRAL DISTRICT OF CALIFORNIA FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.